Case 2:21-cv-12705-SFC-KGA ECF No. 1, PageID.1 Filed 11/18/21 Page 1 of 19

Case 2:21-cv-12705
Judge: Cox, Sean F.
MJ: Altman, Kimberly G.
Filed: 11-18-2021 At 02:02 PM
CMP JESHA MILLER V USA ET AL (SS)

19

UNITED STATES DISTRICT
EASTERN DISTRICT OF MICHIGAN

| | | |
|---|---|---|
| Jesha Donaldson Miller | * | Judge Victoria A. Roberts |
|   We The People of the United States | * | |
| | * | Publicly Acknowledge |
| v. | * | Constitution's checks |
| | * | and Balances Friday |
| United States of America | * | November 19, 2021 |
| Major General Sherrie McCandless | * | Clerk: Time Sensitive Rush to Judge |
| Governor Kathy Hochul | * | Case No. 3:20-cv-149-RLY-MPB |

    Comes NOW, Petitioner Jesha Miller, empowered by the Constitution's checks & balances which empowers the citizen due to government corruption in defiance of the Constitution. This is petitioned before President Joe Biden who has concealed the checks & balances from the public. [ See Exhibit A ]

    I, Veteran Jesha Miller have petitioned the checks & balances because the entire Judicial Branch of government is corrupt refusing to honor the Constitution's checks & balances which are an essential part of the Constitution being absolutely necessary to uphold the integrity and EXTREMELY IMPORTANT to secure the guaranteed rights of the Constitution.

    President Joe Biden, was Petitioned using the checks & balances which he has concealed from the public receiving it by certified mail # 7019 1120 0001 1397 4691 February 9, 3:41 am. 2021. The checks & balances are petitioned when the entire Branch of government is corrupt. The US Supreme Court imposed slavery in case No. 04-7377. Government powers are limited and the US Supreme Court went beyond those limits violating Article I, sec. 9 - Powers denied government, the Habeas Corpus intended to secure the right to freedom when a citizen is held in violation of the Constitution & Laws of the United States. With the US Supreme Court corrupt then the entire Branch of government is corrupt in an appellate court system. They also violate the Statutory Prohibition pursuant to Title 18 sec. 243.

    When a man is brought by habeas corpus to the U.S. Supreme Court & upon review of it, it appears to the Court he was against law imprisoned & detained, he shall never be by act of the Supreme Court, left in the unlawul imprisonment, or then the U.S. Supreme Court does an act of injustice in imprisoning him, de nova, AGAINST THE LAW. { This Demonstrates the United States Supreme Court's own refusal to the Constitution's demands to deprive a Black man the right to freedom. } This is irrefutable evidence impossible to deny or disprove the entire Judicial Branch is corrupt and the Constitution's checks & balances are justified. [ See policebrutalitysolution.blogspot.com - President Bidens hands tied to affirm President Biden has concealed the checks & balances which are mandatory by law in obstruction of justice. Title 18 - 1503 - defines obstruction of justice as an act that corruptly, or by threats or force, or by any threatening letter or communication, influences, obstructs, or impedes, or endeavors to influence, obstruct, or impede, the due administration of justice.

1 of 3    2 exhibits

[ When the entire Branch of government is corrupt the checks & balances are the due administration of justice requiring the Judicial Branch be checked or abuse of power & corruption. The checks & balances are mandatory by law to uphold the integrity by having that Branch checked. Same as Watergate, this is major, this demands the biggest stage, this mandatory by law. ]

## TRANSPARENCY

Transparent government means that government officials act openly. President Biden conceals the checks & balances preventing the proper administration of justice. Law Enforcement are unaware there is a transfer of power to the citizen to uphold the integrity of the Constitution requiring the Judicial Branch be checked for corruption & abuse of power. [ They cannot continue taking ORDERS as usual when Officials are corrupt. The Framers of the Constitution therefore empower the citizen or a showdown between governments best man and me, Jesha Miller, petitioner of the checks & balances. Janet Yellen owes me, Jesha Miller 6.75 billion dollars for continued oppression, a criminal act under Title 18 sec. 241 - conspiracy to deny rights & oppress.
This all has been concealed from the public, a criminal act pursuant to Title 18 sec. 1001 - whoever in any manner within the jurisdiction of the executive, legislative, or judicial branch of government knowingly & willfully - conceals, or covers up by any trick, scheme, a device a material FACT, shall be fined under this Title, imprisoned not more than 5 years, etc.,

Wherefore, being empowered by the Constitution's checks & balances which empowers the citizen due to government disobedience to the Constitution's checks & balances requiring the Judicial Branch be checked for corruption which the media has concealed from the public & Congress, you, Judge Victoria A. Roberts are ORDERED with all due respect to call a press conference tomorrow, November 19, 2021 informing the public & Congress the checks & balances are petitioned by Veteran Jesha Miller which government must address publicly to uphold the integrity of the government. The checks & balances call for a showdown between Veteran Jesha Miller & US Attorney General to prove before a candid world the Judicial Branch of government is corrupt and abused it's power beyond the limits as government power is limited. This takes precedence over all matters to uphold the integrity of the Constitution. No integrity means no credibility which is no trust or belief. The law is therefore of no effect or power to enforce. [ See policebrutalitysolution.blogspot.com - Congress hold President Biden accountable ]
This must prompt President Joseph Biden to publicly address the checks & balances which he is obligatory to by oath to preserve, protect, and defend the Constitution, in this case the checks & balances which are mandatory by law of which he fails to concede to the Supreme Law of the land.

Empowered by the Bill of Rights & the Constitution's checks & balances which empowers the citizen - Veteran Jesha Miller
Date: November 18, 2021

*Jesha M. Miller*
953 Ravenswood Dr.
Evansville IN. 47713

812 470 4220

Major General Sherrie McCandless & Governor Kathy Hochul of New York both refused to execute the indictments or call for the National Guard to uphold the Constitution. Criminal act pursuant to Title 18 sec. 241 - conspiracy against rights & oppress. Title 18 sec. 1001- concealing the checks & balances mandatory by law to uphold the integrity.



RECEIVED

THE WHITE HOUSE
PRESIDENT JOE BIDEN
1600 PENNSYLVANIA AVENUE
WASHINGTON DC 20500

JAN 2 8 REC'D

Jesha D. Miller
953 Ravenswood Dr.
Evansville IN. 47713
812 470 4220

Reference to: 1 Immediately address the Constitution's checks & balances Petitioned by Veteran Jesha Miller which are an essential part of the Constitution mandatory by law. Essential meaning absolutely necessary, EXTREMELY IMPORTANT.
[ See trumphonorchecksnbalances4integrity.blogspot.com as FACT you inherit this which President Donal Trump evaded.]
2 PUBLICLY ACKNOWLEDGE I, Jesha Miller as the Petitioner of the Constitution's checks & balances I'm empowered to uphold the integrity of the Constitution having irrefutable evidence the entire Judicial Branch of government is corrupt.
3 IMMEDIATELY ORDER the TREASURY to disburse 3.141 Billion dollars owed Jesha Miller for a miscarriage of Justice imposing slavery on Veteran Jesha Miller prohibited by the 13th & 14th Amendments.. This is the rule of law of which you are obligated to both morally & by law..[ See youtu.be/rFwK1SrnfsY 3.141 billion dollars owed Jesha Miller / checks & balances  Filed in Federal Court January 28, 2021 to be immediately addressed by President Joe Biden publicly by February , 2021. Case No. 3:20-cv-149-RLY-MPB  OFFICIALS ORDERED TO CONCEDE TO THE CHECKS & BALANCES.

## CONSTITUTION'S CHECKS & BALANCES
DATE PETITIONED JANUARY 28, 2021

**Taking oath of office you swore to Preserve, Protect, & defend the Constitution of which you are called upon to do as the First Order of business immediately by February 5th, 2021 defending the checks & balances which are an essential part of the Constitution absolutely necessary to uphold the integrity of the Constitution being Extremely important to secure the rights of "we the people" due to corruption & abuse of power by officials acting in defiance of the Constitution. This you inherited as the newly elected President of the United States of which there are no option's because this is mandatory by law. Refusal is obstruction of Justice because the checks & balances hold officials accountable for abuse of power, secures the rights of "we the people", & upholds the integrity of the Constitution by checking that Branch Petitioned by the citizen.**
[ See wethepeoplewantintegrity.blogspot.com as FACT this was Petitioned to President Trump whom evaded checks & balances. Also see trumphonorchecksnbalances4integrity.blogspot.com as Fact of obstruction of Justice by Donald Trump evading the checks & balances which are crucial to implementing freedom, justice, & equality in America. Otherwise officials are complicit, meaning involved with others in an illegal activity such as White Supremacy, oppression, & organized crime with no one to hold them accountable as former President Trump did in evading the checks & balances resulting in the people storming the White House because of corrupt officials feeling they should take over the government. ]

## TRANSFER OF POWER

**The checks & balances empower the citizen to uphold the integrity of the Constitution giving me, Jesha Miller the authority or power to give ORDERS, make decisions, & enforce obedience to the Constitution checks & balances**

requiring the Judicial & Legislative Branch to be checked for corruption & abuse of power. [ Originally intended the Legislative checks the Judicial who checks the Executive who checks the Legislative but in this case no Branch checked the other because they are all corrupt, thus the checks & balances empowers the citizen and being the Petitioner I'm the citizen empowered by the checks & balances. Otherwise there's no one to uphold the integrity of the Constitution. ] As President, acknowledge publicly I'm empowered to uphold the integrity of the Constitution so that Law Enforcement can execute the indictments for their arrest this February 4th, 2021 as well as an invitation to the White House to address your defending the Constitution's checks & balances.

The FBI, Sheriffs Department, & both Local & State Police will all be called upon to execute the indictments by arresting all involved in cahoots to prevent the checks & balances taking over government mostly reverting to the Maryland doctrine of exclusion to keep Blacks, Hispanics, & ethnic groups subordinate. [ I am sending indictments for Law Enforcement to execute arrest now & all who refuse must be removed from office. Because this is unprecedented meaning never done before it is a part of the Constitution & their disobedience allows a take over of absolute power with no one to hold them accountable. Example is the US Attorney's indicted for not holding crooked judges accountable for denying the 1st amendment right to freedom of the press to conceal the Judicial Branch abuse of power online at warningto.blogspot.com. ] Facts do not cease to exist because they are ignored.

## TREASURY DISBURSE 3.141 BILLION DOLLARS & COUNTING

The U.S. Treasury is ORDERED to immediately disburse 3.141 billion dollars and counting to Veteran Jesha Miller for the Judicial Branch violating the 13th & 14th Amendments to impose slavery prohibited by the 13th amendment. The miscarriage of Justice, a malicious act by the U.S. Supreme Court demonstrating total disregard to the demands of the Constitutional right to freedom for not only Blacks but all people. [ See youtu.be/rFwK1SrnfsY 3.141 Billion owed Jesha Miller / set appointment 9-20-2019 / checks & balances // No date was set so they had NO INTENTIONS TO PAY WHAT IS OWED BY THE RULE OF LAW, A VIOLATION OF HUMAN RIGHTS. Oppression of a people requires immediate restitution of which the TREASURY IS ORDERED by Jesha Miller to pay in full this February 4, 2021 as I'm empowered by the checks & balances to immediately stop continued oppression. Title 18 sec. 241- **If two or more persons conspire to injure, oppress, threaten, or intimidate any person in any State, Territory, Commonwealth, Possession, or District in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or laws of the United States, or because of his having so exercised the same;** [ Having exercised this right, Secretary of the Treasury Steven Mnuchin & Deputy Secretary of the Treasury Justin Muzinich both conspired to injury me by oppression refusing to pay money owed by the rule of law. See

youtu.be/RB5jYnvHLUQ Secretary of Treasury - Steven Mnuchin pay Jesha Miller 145 million dollars. ]

    The buck stops with the President to secure the guaranteed rights of the Constitution which is now you, President Joe Biden to ORDER the Treasury to disburse money owed by the rule of law to Jesha Miller for the miscarriage of Justice imposing slavery prohibited by the 13th amendment to a Veteran no less who served to protect the right to freedom FOR ALL AMERICANS. [ This is how you treat a black man. ] President Trump was obligated, meaning to bind or compel someone, especially legally or morally to pay 145 million dollars for the Judicial Branch imposing slavery prohibited by the Constitution of which he refused to do in defiance of the law. Continued oppression escalated this to 3.141 billion dollars owing 5 million dollars penalty for each day the Treasury fails t pay so this is a result of former President Donald Trump's racism refusing to pay a black man that the amount reached a billion dollars. That's interest & penalty for refusing to pay when government collects over 3 trillion dollars a year from tax payers. [ You President Joe Biden are now obligated to pay the debt for the miscarriage of the Judicial Branch imposing slavery immediately. The word obligate is a verb, an action word, to immediately pay Jesha Miller 6.085 billion dollars due to continued oppression by President Trump, IRS Commissioner Charles P. Rettig, Steven Mnuchin, & Justin Muzinich as well as Federal Judge Richard Young who could have paid 50 million dollars. Guarantee meaning the responsibility for the debt, default, or MISCARRIAGE of JUSTICE. ORDER the TREASURY to pay the 6.085 billion in full this February , 2021 because oppression of a people requires immediate restitution & oppression by government cutting off all money creating a life threatening hardship in a capitalistic society where everything cost money & there is already a pandemic. By the rule of law this is owed & your campaign was run on enforcing the law for equality. ] Facts do not cease to exist because they are ignored.

[ SPECIAL NOTE: Because mail takes a week and two weeks for checking for anthrax before it reaches you this Petition using the checks & balances will be also faxed from Congressman Larry Bucshon office to take to the floor of the House to immediately disburse the money by Brink truck to Jesha D. Miller to stop continued oppression immediately. Immediately meaning at once, instantly, without any intervening time or space paying the 6.085 billion dollars to Veteran Jesha D. Miller this February 5, 2021. ] Government cannot oppress the people of which was done to Veteran Jesha Miller whom is now empowered to hold officials accountable for neglecting & evading the Constitution's checks &

balances in an act to take absolute power to do whatever they want. This is the rule of law. ]
President Donald Trump was Petitioned, calling for 5 million dollars a day penalty from 9-29-2017 to this January 28, 2021 is 1,217 days times 5 million dollars a day penalty equals to 6 billion, 85 million dollars to be paid immediately due to continued oppression, a criminal act by officials under Title 18 sec. 241.

## TRANSPARENCY

In politics, transparency is used as a means of holding public officials accountable & fighting corruption. [ As President, you Joe Biden are to call a National Press conference informing the Public & Congress concerning the Checks & Balances due to corruption in the entire Judicial Branch & that I, Jesha Miller have a status quo politically empowered by the checks & balances as the Petitioner & socially with a net worth owed immediately by the Treasury of 6.085 billion dollars due to continued oppression violating Title 18 sec. 241 - Conspiracy against rights / oppression. Do this February 5, 2021. ]
Transparency is a fundamental element of abolishing corruption. Transparent governance is important to local governments and the communities they serve because corruption threatens the good governance, leads to the misallocation of resources, harms public & private sector development, & distorts public policy.
[ Governor Eric Holcolm was Ordered to inform the public of the checks & balances but refused, Representative Larry Bucshon & Senator Todd Young refused to take the checks & balances to the Floor of the House & Senate concealing corruption, & CBS President Susan Zirinsky concealed the checks & balances disrespecting my being empowered by the checks & balances to conceal government corruption & David Jones, County Attorney of Vanderburgh County prevented the checks & balances when Lt. Matthew Corn called on his advice to honor my being empowered to arrest local media concealing the checks & balances being Celeste King, Blaine Fentress, & Bob Freeman of News channels 14, 44, & 25. All violate Title 18 sec. 1001 - Except as otherwise provided in this section, whoever, in any matter within the jurisdiction of the executive, legislative, or judicial branch of the Government of the United States, knowingly and willfully— falsifies, conceals, or covers up by any trick, scheme, or device a material fact; [ Media violate the first amendment right to freedom of the press as well as aiding & abetting criminals from justice while officials conceal this from the pubic. Federal Judges Richard Young, Magistrate Matthew P. Brookman, & Tanya Pratt all deny freedom of the press to conceal

the Judicial Branch own abuse of power, oppression & organized crime. See warningto.blogspot.com. ]

## COMPLICIT ACTIVITY TO TAKE OVER ABSOLUTE POWER

Complicit means - involved with others in an illegal activity or wrongdoing whereas all of the above mentioned people are complicit reverting back to the Maryland Doctrine to keep Blacks oppressed by preventing the Constitution's checks & balances which are mandatory by law, which are absolutely necessary to uphold the integrity of the Constitution, which I'm empowered by the Supreme Law of the land to stop Police Brutality, inequality, & Social injustice as well as oppression preventing me from being one of the seven black billionaires in America which include David Steward, Jay Z, Kanye West, Michael Jordan, Oprah Winfrey, Robert F Smith, and Tyler Perry. This money is owed to Veteran Jesha Miller by the rule of Law. [ Again see youtu.be/rFwK1SrnfsY 3.141 Billion owed Jesha Miller / U.S. Treasury set appointment 9-20-2019 to pay /// this they never did to continue oppression which at this date is 6.085 billion dollars. ]

Maryland document of exclusion. The Council for the Maryland Colony edict stated: "Neither the existing black population, their descendents, nor any other blacks shall be permitted to enjoy the fruits of White society." The doctrine was written to insure that Blacks would remain a "subordinate, non-competitive, non-compensated workforce," this public edict later became more commonly known as "The Doctrine of Exclusion." Around the mid-1660's, various colonies picked up the Maryland Edict or the Doctrine of Exclusion and expanded it into enslavement laws of people of African descent. Once established, the laws became the basis for a national public policy on the exploitation of Blacks that was passed on from generation to generation through social customs and public laws.

The Slave Codes of 1705 required all individuals, churches, businesses, organizations, schools, and all levels of government to teach, justify and enforce the status of Blacks as "a subordinate, excluded, noncompetitive, non-compensated, managed work force for the personal comfort and wealth building of White society." This public policy remained in effect until the late 1960s.

This includes U.S. Attorney Josh Minkler whom covered for Federal Judge Richard Young & Magistrate Matthew P. Brookman who denied the 1st amendment to freedom of the press again preventing the checks & balances, TJX President & CEO Ernie Herrman whom allowed me to be layed off on leave of absence without pay & later fired me because I could not breathe in the mask. Governor Eric Holcomb who refused to expedite my unemployment of which I have not been paid since September 8, 2020. U.S. Attorney Thomas L. Kirsch II who also concealed the

5

checks & balances, refused to call a press conference to conceal the checks & balances which are mandatory by law which is part of evidence for organized crime filed in Federal Court under case number 3:20-cv-149-RLY-MPB. The entire U.S. Supreme Court refused to concede to the Checks & Balances as seen on youtu.be/2nBC8hf2Pv0 U.S. Supreme Court corrupt requires checks & balances. This proves beyond a shadow of a doubt the Judicial Branch is corrupt when the U.S. Supreme Court itself refuses to be checked for abuse of power and as irrefutable evidence the U.S. Supreme Court twice denied the Habeas Corpus which is a power denied government under Article I, section 9 of the Constitution to secure the right to freedom. That's the law of which the U.S. Supreme Court violated denying the right to freedom. Case No. 04-7377. FBI Director Christopher Wray concealed the checks & balances after lying to the public on TV, see youtu.be/ChnDABXz0pl Jesha Miller Empowered to stop Police Brutality & policebrutalitysolution.blogspot.com. Congress & President Donald Trump knew I was empowered to stop police brutality using the checks & balances & concealed this from the public as well as the media. Next, knowing the government was corrupt & concealed from the public the White House was taken over, yet the public didn't know that even they were corrupt which included Nancy Pelosi whom concealed the checks & balances not to be held accountable. [ See youtu.be/n2ynH1srCnA&t List of indictments include Nancy Pelosi concealing checks & balances. Also there's a recent email for her to inform the public of the checks & balances which she & Senator Mitch McConnell continue to conceal the checks & balances to take absolute power & continue oppression knowing I have the authority to give ORDERS to uphold the integrity of the Constitution. ] This as the newly elected President must be addressed publicly. A government of the people, by the people, & for the people, the Framers of the Constitution empowered the citizen & this is to be proven before a candid world as stated in the Declaration of Independence, It's SHOW TIME. The U.S. Marshal Service refused to carry out the indictments

## HARDSHIP

I'm a Veteran of the Vietnam Era serving to protect the right to freedom, justice, & equality in America & my own freedom was taken in violation of the Constitution & Law of the U.S. The Maryland Doctrine of exclusion implemented they have cut off all money taking my job, cutting off my social security, & with no money my health & life are now threatened by getting diabetes. My tabs to check the sugar ran out so my life is in peril. I received an eviction

notice, my car note is due, food nearly out & being diabetic there are only certain foods I can eat. The VA have sent the glucose tabs but have not arrived yet & we all know diabetes is a silent killer which can strike at any time. Oppression when by law when I'm a billionaire I should have money to buy medical needs at CVS. My niece needs a new car, my whole family should be financially secure so the suffering extends way past me & then there's the pandemic of which my money helps people really in need that government has no concern for. Banks I can provide with money for those who otherwise can't get any where. At this moment Spectrum just called twice, Vectren threatened to cut off the electricity and the temperature was 18 degrees this morning. The FBI has refused to pay the money owed with a duty to protect civil rights & the IRS Commissioner has not paid the 3.141 billion dollars so by law I am ORDERING you pay or contact me immediately to pay the 6.085 billion by February 5, 2021 & provide a black card tomorrow to pay bills & buy medical needs until then because I need medical dentistry immediately also.

Empowered by the Constitutions Bill of Rights & checks & balances -
Jesha Miller          *Jesha Miller*
Date: January 28, 2021

Faxed by Congressman Larry Bucshon assistant Brenda Golf to immediately take to the floor of the House tomorrow, January 29, 2021.

7 of 7

Exhibit B

**FILED**

APR 09 2021

U.S. DISTRICT COURT
INDIANAPOLIS, INDIANA

UNITED STATES FEDERAL COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE, DIVISION

JESHA MILLER
   We The People of the United States

v.

SECRETARY OF TREASURY, JANET YELLEN
SPEAKER NANCY PELOSI
   DEFENDANT

* Case No 3:20 - cv - 149 - RLY - MPB
* ORDER CONGRESS HOLD PRESIDENT BIDEN
* ACCOUNTABLE FOR THE CHECKS & BALANCES
*
* TREASURY DISBURSE 6.085 BILLION DOLLARS
* TO VETERAN JESHA MILLER FOR MISCARRIAGE
* IMPOSING SLAVERY, PROHIBITED BY 13 AMEND.
*
* I'M EMPOWERED TO HOLD CONGRESS
* ACCOUNTABLE FOR EVADING THE
* CONSTITUTION CHECKS & BALANCES
*
* **Entire Judicial Branch corrupt**
* **Constitution require they be checked**
* **Takes precedence over all matters**

**I. ORDER FOR CONGRESS TO HOLD PRESIDENT JOE BIDEN ACCOUNTABLE FOR THE CONSTITUTION'S CHECKS & BALANCES PETITIONED WHEN AN ENTIRE BRANCH OF GOVERNMENT IS CORRUPT. [ This takes precedence over all matters, President Biden is running a corrupt government in defiance of the law demanding the Judicial Branch be checked to uphold integrity. ]**

**II. SECRETARY OF THE TREASURY- JANET YELLEN IS ORDERED TO DISBURSE TO VETERAN JESHA MILLER 6 BILLION DOLLARS FOR IMPOSED SLAVERY, PROHIBITED BY THE 13TH AMENDMENT. MISCARRIAGE OF JUSTICE, DENYING DUE PROCESS, 14TH AMEND.**

**III. NATIONAL COVERAGE OF THE CHECKS AND BALANCES USED BECAUSE ENTIRE JUDICIAL BRANCH IS CORRUPT, ABUSE OF POWER OPPRESSION, & ORGANIZED CRIME BY US ATTORNEY'S COVERING FOR CROOKED JUDGES. LAW ENFORCEMENT ADHERE TO MY ORDERS TO EXECUTE INDICTMENTS BY ARREST.**

    **COMES NOW, Jesha Miller, Empowered by the Constitution's checks & balances which empower the citizen to uphold the integrity because government officials are in defiance so as not to be held accountable by the checks & balances. I have the authority, meaning the POWER or RIGHT TO GIVE ORDERS, MAKE DECISIONS, & FORCE OBEDIENCE.**

1 of 7

I.   Both President Joe Biden & Congress are obligatory to the checks & balances both MORALLY & BY LAW. President Joe Biden must uphold the integrity of the Constitution & that's what the checks & balances do, checks that Branch to see if there's corruption & abuse of power. This is the President's number one duty under Article II, sec. 3 of the Constitution - he shall take care that the LAWS BE FAITHFULLY EXECUTED. [ Congress must immediately and publicly inform President Joe Biden he must immediately and publicly honor the checks & balances which require the Judicial Branch be checked for corruption, oppression, abuse of power & organized crime by US Attorney's covering for Judges filing no charges.

The checks & balances are supported by irrefutable evidence meaning impossible to deny or disprove. They are caught so as not to be held accountable government officials have evaded the checks & balances concealing slavery & oppression. Congress are obligated to publicly inform President Joe Biden he took oath of office to preserve, protect, & defend the Constitution & that time is here requiring he immediately honor the checks & balances IN ORDER TO DEFEND THE INTEGRITY OF THE CONSTITUTION BY BEING CHECKED BY VETERAN JESHA MILLER'S CHECK'S AND BALANCES.

PRESIDENT JOE BIDEN delay prevents the checks & balances which is corruption, refusal to uphold the integrity requires immediate impeachment.

The checks & balances are an essential part of the Constitution meaning absolutely necessary, extremely important, crucial, necessary, key, vital, indispensable, required, and mandatory by law. This takes precedence over all matters upon which Congress is ORDERED to immediately hold President Joe Biden accountable for evading the checks & balances which he received February 9, 2021 certified mail # 7019 1120 0001 1397 4691. Two months ago.

Rights delayed are rights denied. President Joe Biden delay continues oppression owing Veteran Jesha Miller 6 billion dollars for imposed slavery, prohibited and therefore owed for the miscarriage of justice & violating the 14th amendment right to due process. Delay deprives the people of justice by the entire Judicial Branch being corrupt. Delay deprives the people as I'm Empowered to stop inequity meaning lack of fairness or JUSTICE, Stop Police Brutality for humanity sake & stop social injustice having equal effective legal, industrial, and political rights. Delayed by President Biden are the humanitarian rights that stop Police Brutality, inequality, & social injustice. [ See Jesha Miller empowered to stop police brutality, google or youtube.

Involved is continued oppression, a crime under Title 18 sec. 241 - Conspiracy against rights - If two or more persons conspire to injure, oppress, threaten, or intimidate any person in any state, in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or Laws of the United States shall be fined under this Title or imprisoned for not more than ten years or both.

Congress must immediately hold President Joe Biden accountable for the Constitution's checks & balances which requires the Judicial Branch be checked for corruption & abuse of power & immediately ORDER Secretary Janet Yellen to disburse 6. 085 billion dollars and counting for the Judicial Branch imposing slavery upon a Black Veteran who served to protect the right to freedom, justice, & equality. There is NO JUSTICE ALLOWING THE JUDICIAL BRANCH TO BE CORRUPT & DENYING THE GUARANTEED RIGHTS OF THE CONSTITUTION. THE CHECKS & BALANCES IS HOW YOU GET JUSTICE.

OPPRESS meaning keep someone in subservience and hardship, especially by the unjust exercise of authority.

Secretary of the Treasury - Janet Yellen is ordered to immediately disburse to Veteran Jesha Miller 6.085 billion dollars for the Judicial Branch imposing slavery prohibited by the 13th & 14th amendments this April 9, 2021 to stop continued oppression under Title 18 sec. 241. Otherwise its government oppression, meaning prolonged cruel or unjust treatment or control. You, Janet Yellen are therefore ORDERED by Jesha Miller to pay the money owed by the rule of law this April 8, 2021 to stop continued oppression. By law I'm a Billionaire but due to government control I'm at the mercy of which they have none. Government cut off all sources of money like social security, unemployment, all resulting in critical medical condition having diabetes. Disbursing my money owed by law I'm in control of my destiny, health, welfare, & family. Oppression to keep me from being a billionaire by not paying denies Human Rights. [ By law as well as my ORDER you must pay for the imposed slavery, denial of the guaranteed right to Freedom of the Press to conceal this from the public, preventing the Constitution's checks & balances to prevent you from being held accountable for criminal charges, all reason to immediately pay because refusal violates Title 18 sec. 241 in cahoots violating the Constitution & Laws of the U.S.

3

       **Treasury Office of Legislative Affairs** / Advises the Secretary on congressional relations matters in order to assist in the formulation of policy and determining the overall direction of the Department. [ Advise should be to disburse the money owed having the trust of the public they would be paid entrusting that authority to abide by the law. The criminal act is seen online at apcalledtoexposecorruption.blogspot.com ] Jesha Miller is empowered to hold Congress accountable for the checks & balances as well as hold the Treasury accountable for continued oppression. This office serves as Principal contact and coordinator for all Department interaction with Congress & Congressional Relations offices in the White House & other departments & agencies. YOU ARE ORDERED TO SERVE BOTH CONGRESS & THE PRESIDENT WITH THIS ORDER FOR CONGRESS TO IMMEDIATELY HOLD PRESIDENT BIDEN ACCOUNTABLE FOR THE CHECKS & BALANCES & CONTINUED OPPRESSION FAILING TO DISBURSE MONEY OWED BY THE RULE OF LAW. Send over immediately.

       **Treasury Office of Financial Stability** - Promotes economic recovery. [ By law Oppression of a people requires immediate restoration by paying the money owed for imposed slavery & continued oppression going from 50 million to 3.141 billion to 6.085 billion because of the Racism, denying the rule of law. youtu.be/rFwK1SrnfsY Jesha Miller owed 3.141 Billion dollars & checks & balances.

       **Treasury Office of Financial Research** / Improving quality, transparency, Promoting the best practice. The best practice is to have the integrity to pay the citizens owed, no matter what color or race. The people pay in 3 trillion dollars a year of which you're entrusted with authority of which cannot be abused refusing to pay to keep subordinate. A billionaire is another level of which you've deprived me, the public, by use of housing and more jobs, and banks to promote more business. in a pandemic this money protects my family from lack of food, clothing, medical needs, & shelter. Currently I got eviction notice, repo notice, VECTREN UTILITY OWED, can't pay Verizon who wants every penny now or no service, My nieces & nephews need cars & there's no woman without no money. Inform the public I'm officially a billionaire for TRANSPARENCY and deliver in Brinks Trucks, straight cash homie.   [ Note to Secretary Janet Yellen: You are ORDERED to Disburse 6.085 billion dollars to Veteran Jesha Miller for the Judicial Branch imposing slavery prohibited by the 13th Amendment owing this money by the rule of law, a miscarriage of justice. Government has never wanted to pay a Black man. Refusal to pay immediately to stop continued oppression is a criminal act under Title 18 sec. 241 - conspiracy to deny rights &

oppress. OPPRESS meaning to keep someone in subservience and hardship, especially by the unjust exercise of authority. Refusal is RACISM, and violates human rights by denying the rule of law. Due to continued oppression the debt rose to 6.085 billion dollars when the initial debt was 50 million dollars. Even more serious is government evaded the checks & balances which attempts to conceal the checks & balance so they're not held accountable for the crimes pursuant to Title 18. ] My status quo socially is my net worth is 6.085 billion dollars by the rule of law. My status quo politically is I'm empowered to uphold the integrity of the Constitution being the Petitioner of the checks & balances. Status Quo means the " existing state of affairs, especially regarding social or political issues. Congress evaded the checks & balances which are mandatory by law & President Joe Biden cannot taking oath to uphold the integrity. { There is no integrity unless the Judicial Branch is checked for corruption & abuse of power. Because they refused I automatically win. Game been over because the checks & balances are supported by irrefutable evidence online with the Petition at policebrutalitysolution.blogspot.com with Evidence the U.S. Supreme Court itself imposed slavery, an act against the law.

Law Enforcement must execute the indictments & arrest.

I have the authority to give orders, make decisions, and enforce obedience of which requires Law Enforcement to execute the indictments & arrest filed in Federal Court. This is Law Enforcement role in upholding the Constitution. Refusal allows White Supremacy whereas officials are not held accountable for criminal acts. All officials will be held accountable for aiding & abetting criminals from justice, preventing the checks & balances which holds them accountable, and TREASON meaning to overthrow the government.

Lt. Sheriff Matthew Cord refused to execute such ORDER to arrest media Celeste King, Bob Freeman, & Blaine Fentress, all who concealed the checks & balances violating the citizens right to speech - press to conceal government corruption, oppression, & slavery.

Sheriff Kerry Forestal refused to arrest Governor Eric Holcomb for concealing the checks & balances, a criminal act under Title 18 sec. 1001 & prevent the checks & balances because Indiana is the Principal culprits, transcripts affirm it to be FACT Indiana, Vanderburgh County Court Judge David Kiely overruled BOTH THE FEDERAL & STATE Constitutions imposing an all white Jury. Title 18

sec. 1001 - whoever in any matter within the Jurisdiction of the executive, legislative, or judicial branch of government in the United States, knowingly and willfully ( 1 ) falsifies, conceals, or covers up by any trick, scheme, or device a material FACT, shall be fined under this Title, imprisoned not more than 5 years. Checks & balances are a material FACT, concealed by Indiana Governor Eric Holcomb, the email calls for Eric Holcomb to inform the public & to this date he has concealed it to run a corrupt government in Indiana & aids & abets criminal officials from justice.

Acting Police Chief Robert Contee of DC Metro refused to arrest Senator Todd Young, Steven Mnuchin, & Congressman Larry Bucshon for violating Title 18 sec. 1001, concealing the checks & balances. Included now is Mayor Muriel Bowser who refused to take the checks & balances to President Biden to also conceal the checks & balances proven by emails.

[ The result of Law Enforcement refusing to execute their duty is we have no rights unless they are enforced. The crooked Judges are still in office, government fails to acknowledge the checks & balances to uphold the integrity of the Constitution, the people are entitled to equality, freedom & justice are unfulfilled of the guaranteed rights of the Constitution & the officials go unpunished because they are not held accountable for the criminal acts of oppression. I'm not paid for the government imposing slavery. The result is a crooked government under disguise of Democracy. Governor Eric Holcomb must be held accountable for concealing the checks & balances so officials are not held accountable. ]

Speaker Nancy Pelosi was called to inform the public of the checks & balances having evidence the entire Judicial Branch is corrupt & she used Congressional Courtesy as an excuse & after giving Larry Bucshon, Todd Young, & Mike Braun the courtesy & opportunity to take the checks & balances to the floor of the House & Senate which they refused it fell back to Nancy Pelosi who has said nothing, concealing government corruption in violation of Title 18 sec. 1001 and 241 - conspiracy to deny rights & oppress.

Evansville Police Chief Billy Bolin is now ORDERED to execute the indictments & arrest assignment editors Blaine Fentress of channel 44, Celeste King of channel 14, & Bob Freeman of channel 25 for denying the 1st amendment right to freedom of speech - press used by the citizen to expose government corruption & officials.

Leader of Indiana Sheriff Association - Stephen Luce is ORDERED TO ARREST Governor Eric Holcomb in violation of Title 18 sec. 241 - Conspiracy to deny rights, preventing the checks & balances, & continued oppression by refusing to expedite my unemployment, a malicious act to terminate my existence of life.

Concealing the checks & balances which uphold the integrity of the Constitution in violation of Title 18 sec. 1001.

[ Special Note to : Indiana BMV // Reinstate Drivers license number 8920 83 1034 due to Indiana government corruption immediately. Jesha Miller is Petitioner of the Constitution's checks & balances of which officials retaliate by taking my Drivers License when Billy Bolin was informed to cease any contact with me. I received a ticket for speeding 10 miles over the speed limit. Government cannot enforce the law when they themselves refuse to honor the checks & balances running a corrupt government. ]

Empowered by the Bill of Rights & Constitution's checks & balances - Jesha Miller

Date: April 9, 2021        *Jesha Miller* (signature)

copies to: IPAC Executive Director Chris Naylor
Email: ipacinfo@ipac.in.gov
Stephen Luce ; Executive Director Indiana Sheriff's Association
Email: speaker@public.govdelivery
Senate Majority Leader ; Chuck Schumer
Speaker of the House ; Nancy Pelosi
Email;
House Majority Leader ; Steny Hoyer
Representative ; Kevin McCarthy
Governor Eric Holcomb
All emailed from their website &
seen online at policebrutalitysolution.blogspot.com
Billy Bolin - Evansville Police Chief
Janet Yellen - Secretary of the Treasury
Department of the Treasury
1500 Pennsylvania Ave. NW
Washington D.C. 20220
INDIANA BMV

JS 44 (Rev. 02/19)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**I. (a) PLAINTIFFS**
Jesha Miller

**DEFENDANTS**
President Joe Biden
U.S. Att. Gen. Merrick Garland

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

**II. BASIS OF JURISDICTION** *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question *(U.S. Government Not a Party)*
- ☒ 2 U.S. Government Defendant
- ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

**III. CITIZENSHIP OF PRINCIPAL PARTIES** *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☒ 2 | ☒ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** *(Place an "X" in One Box Only)*    Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 485 Telephone Consumer Protection Act |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 490 Cable/Sat TV |
| ☐ 196 Franchise | | | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 850 Securities/Commodities/ Exchange |
| | | | | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| | | | | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☒ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 896 Arbitration |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

440

**V. ORIGIN** *(Place an "X" in One Box Only)*

- ☐ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☒ 8 Multidistrict Litigation - Direct File

**VI. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Title 18 Sec. 243, 241, 242, 1001
Brief description of cause:
Checks + balances Petitioned - Entire Judicial Branch Corrupt

**VII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $ _____
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

**VIII. RELATED CASE(S) IF ANY** *(See instructions)*:
Watergate
JUDGE Victoria A. Roberts
DOCKET NUMBER _____

DATE Nov. 18, 2021
SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

PURSUANT TO LOCAL RULE 83.11

1.  Is this a case that has been previously dismissed?   ☐ Yes  ☑ No

    If yes, give the following information:

    Court: _____

    Case No.: _____

    Judge: _____

2.  Other than stated above, are there any pending or previously discontinued or dismissed companion cases in this or any other court, including state court? (Companion cases are matters in which it appears substantially similar evidence will be offered or the same or related parties are present and the cases arise out of the same transaction or occurrence.)   ☐ Yes  ☑ No

    If yes, give the following information:

    Court: _____

    Case No.: _____

    Judge: _____

Notes :